**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David Lee RIES, Defendant–Appellant.**

**No. 01–10057, 01–10212.**

**D.C. No. CR.–F–95–5174 OWW.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 11, 2002 *.

Decided Sept. 17, 2002.

Before PREGERSON, ALARCON, and WARDLAW, Circuit Judges.

MEMORANDUM **

David L. Ries appeals the district court's order of December 13, 2000. We dismiss the appeals for lack of jurisdiction, because the order was neither a final order appealable under 28 U.S.C. § 1291 nor an interlocutory order appealable under 28 U.S.C. § 1292. *See Ballard v. Baldridge,* 209 F.3d 1160, 1160 (9th Cir.2000); *WMX Technologies, Inc. v. Miller,* 104 F.3d 1133, 1136 (9th Cir.1997) (en banc).

DISMISSED for lack of jurisdiction. All pending motions are denied as moot.

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.